# EXHIBIT 1

**Black Hills Tree Farm**
7205 Maine Lane
Colorado Springs, CO  80922

Phone: (719) 592-1858
Fax (719) 592-1792


694
Commercial

INVOICE

11/14/05
mailed
to
Mark

BILL TO:
Commercial Landscape
11809 Parallel Parkway
Kansas City, KS  82001

Phone: 913-915-2011
Contact: Mike Rhodes

SHIP TO:
Commercial Landscape
11809 Parallel Parkway
Kansas City, KS  82001

Phone: 913-915-2011
Contact: Mike Rhodes

| 09/17/2005 | | | | BLACK HILLS TREE FARM | DUE UPON RECIEPT | |
|---|---|---|---|---|---|---|
| | | 09/17/2005 | | | | |
| 16 | 16 | 16 | Hackberry 1 3/4" | | 0.5 | 8.00 |
| 6 | 6 | 6 | Autumn Blaze Ash 1 1/4" | | 0.5 | 3.00 |
| 5 | 5 | 5 | Patmore Ash 2" | | 0.5 | 2.50 |
| 8 | 8 | 8 | Skyline Honeylocust 1 3/4" | | 0.5 | 4.00 |
| 4 | 4 | 4 | Ponderosa Pine 6' | | 0.5 | 2.00 |
| 6 | 6 | 6 | Northern Red Oak 1 1/2" | | 0.5 | 3.00 |
| 6 | 6 | 6 | Burr Oak 1 3/4" | | 0.5 | 3.00 |
| 51 | 51 | 51 | | | NET AMOUNT | 25.50 |

PLEASE NOTE: All sizes are not accurate
Sizes reflect measuring from 2004

BALANCE DUE  25.50

---

**COMMERCIAL LANDSCAPERS, INC.**
11809 PARALLEL PKWY.  913-721-5455.
KANSAS CITY, KS 66109

4065

PAY TO THE ORDER OF  Black Hills Tree Farm    DATE 10-18-05    $ 25.50

Twenty Five & 50/100                                                DOLLARS

**SECURITY BANK OF KANSAS CITY**
913-281-3165
P.O. Box 171297
One Security Plaza
Kansas City, KS 66117

FOR _____

⑆004065⑆ ⑈101000925⑈ 118 005996⑆

Page 1

8 9
das