# EXHIBIT 2



Western Hills Tree Farm
P.O. Box 816
Philip, South Dakota 57567
Phone: (719) 592-1858
Phone: (605) 859-2585

## INVOICE

| SOLD TO | SHIP TO |
|---|---|
| Commercial Landscape<br>11809 Parallel Parkway<br>Kansas City, Kansas 66109 | Same |

| QUANTITY | PRODUCT DESCRIPTION | SIZE DESCRIPTION | AMOUNT |
|---|---|---|---|
| 47 | Various Deciduous Trees | 2" | $4,465.00 |
| 4 | Ponderosa Pine | 6' | $240.00 |
| | | Total: | $4,705.00 |
| | Less Paid to Kenny G | | ($1,428.00) |
| | Less Paid to Badger Tree Moving | | ($357.00) |
| | Less Paid to Black Hills Tree Farm | | ($25.50) |
| | **PLEASE MAKE CHECKS PAYABLE TO:**<br>**WESTERN HILLS NURSERY** | | |
| 51 | Total Trees | Remaining Balance: | $2,894.50 |