**EXHIBIT 4**

**Black Hills Tree Farm**
7205 Maine Lane
Colorado Springs, CO 80922

Phone: (719) 592-1858
Fax: (719) 592-1792


687
Wyoming Re

**INVOICE**

BILL TO:
Wyoming Reclamation & Enterprises
627 Pheonix Drive
Cheyenne, WY 82001  *New (307) 246-3743*

Phone: (307) 634-1639
Fax: (307) 775-9272
Contact: Susie Reisdorfer

SHIP TO:
Wyoming Reclamation & Enterprises

| 09/09/2005 | | | BLACK HILLS TREE FARM | DUE UPON RECIEPT | |
|---|---|---|---|---|---|
| | 09/09/2005 | | | | |
| 78 | 78 | 78 | Colorado Spruce (Blue & Green) 6' | 0.5 | 39.00 |
| 78 | 78 | 78 | | NET AMOUNT | 39.00 |

PLEASE NOTE: All sizes are not accurate
sizes reflect measuring from 2004

BALANCE DUE 39.00

[Check image: WYOMING RECLAMATION & ENTERPRISES, DAN OR SUZANNE REISDORFER, 627 PHOENIX DR, PH: 634-1639, CHEYENNE, WY 82001. Date 10/18/05. Pay to the order of Black Hills Tree Farm $39.00. Thirty nine and 00/100 Dollars. Western Bank. Memo: trees order #687]

*11-14-05 mailed to Mark*