**EXHIBIT 5**



Western Hills Tree Farm
P.O. Box 816
Philip, South Dakota 57567
Phone: (719) 592-1858
Phone: (605) 859-2585

# INVOICE

| SOLD TO | SHIP TO |
|---|---|
| Wyoming Reclamation<br>627 Pheonix Drive<br>Cheyenne, Wyoming 82001 | Same |

| QUANTITY | PRODUCT DESCRIPTION | SIZE DESCRIPTION | AMOUNT |
|---|---|---|---|
| 47 | Colorado Spruce | 5' | $3,055.00 |
| 25 | Colorado Spruce | 6' | $1,950.00 |
| 6 | Colorado Spruce | 4' | $312.00 |
|  |  | Total: | $5,317.00 |
|  | Less Paid to Kenny G |  | ($2,028.00) |
|  | Less Paid to Badger Tree Moving |  | ($546.00) |
|  | Less Paid to Black Hills Tree Farm |  | ($39.00) |
|  | **PLEASE MAKE CHECKS PAYABLE TO:**<br>**WESTERN HILLS NURSERY** | Pd 3966 |  |
| 78 | Total Trees | Remaining Balance: | $2,704.00 |