UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIV. 09-5049-JLV |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| BLACK HILLS TREE FARM, a South Dakota General Partnership; JERRY G. ROSETH; LUETTA A. ROSETH; CARRIE M. ROSETH, n/k/a CARRIE M. LURZ; PAULETTE A. COMBS, n/k/a PAULETTE A. ROSETH; JOHN M. COMBS; WESTERN HILLS TREE FARM; DONALD R. BURNS; PHILIP MOTOR, INC., a South Dakota Corporation; DAKOTA AUTO SUPPLY, a South Dakota Corporation; and BADGER TREE MOVERS, L.L.C., a Colorado Limited Liability Company, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| Defendants. | ) | |

Counsel informally advised the court the case is resolved and the settlement documents are being circulated for signatures of all parties. Accordingly, it is hereby

ORDERED that the second amended complaint (Docket 51) is dismissed without prejudice and without an award or assessment of costs.

IT IS FURTHER ORDERED that the court retains jurisdiction for purposes of accepting the parties' settlement agreement and for such other action as may be appropriate.

Dated September 25, 2012.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE