UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIV. 09-5049-JLV |
| Plaintiff, | ) | |
| vs. | ) | |
| BLACK HILLS TREE FARM, a South Dakota General Partnership; JERRY G. ROSETH; LUETTA A. ROSETH; CARRIE M. ROSETH, n/k/a CARRIE M. LURZ; PAULETTE A. COMBS, n/k/a PAULETTE A. ROSETH; JOHN M. COMBS; WESTERN HILLS TREE FARM; DONALD R. BURNS; PHILIP MOTOR, INC., a South Dakota Corporation; DAKOTA AUTO SUPPLY, a South Dakota Corporation; and BADGER TREE MOVERS, L.L.C., a Colorado Limited Liability Company, | ) | JUDGMENT OF DISMISSAL |
| Defendants. | ) | |

Pursuant to the parties' settlement agreement (Docket 86) and upon notice from counsel, it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice and with each party bearing its own legal fees and costs.

Dated November 6, 2012.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE